IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR112 |
| Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | ORDER |
| **TYRONE L. FORD,** | )<br>) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to file a brief in support of his objections to the PSR on or before August 17, 2009 (Filing No. 24).

Because the Court's tentative findings will be issued after the requested date, the motion is granted.

IT IS ORDERED:

1. The Defendant's motion for leave to file a brief in support of his objections to the PSR on or before August 17, 2009 (Filing No. 24) is granted; and

2. The Defendant's brief must be filed on or before August 17, 2009.

DATED this 10th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge